GEORGE G. MGDESYAN, SBN 225476
MGDESYAN LAW FIRM
4529 Sherman Oaks Ave.
Sherman Oaks, CA 91403
Telephone: (818) 386-6777
Facsimile: (818) 754-6778
Email: george@mgdesyanlaw.com

Attorney for Defendant
FELIX CISNEROS JR

UNITED STATES DISTRICT COURT
CENRTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 21-CR-00051-RGK |
| Plaintiff, | STIPULATION TO MODIFY CONDITIONS OF RELEASE TO ELIMINATE LOCATION MONITORING |
| vs. | |
| FELIX CISNEROS JR, | |
| Defendant | |

Defendant, through his counsel of record, George Mgdesyan, has contacted Assistant United States Attorney Ruth Pinkel, and the parties agreed to the following:

1. On March 2, 2021, this Honorable Court approved Mr. Cisneros' unsecured appearance bond and conditions of release. (Dkt. No. 14)

2. Among other conditions of his release, Mr. Cisneros was ordered to participate in the Location Monitoring Program including a location monitoring bracelet pending the posting of a bond by a third-party surety to substitute for the bond from defendant's wife. (*Id*.)

3. This Honorable Court indicated that location monitoring program would be removed after the parties agreed on a substituted surety. The substituted affidavit of surety was filed on March 4, 2021 (Dkt. 24); therefore, location monitoring should be removed.

4. Defense Counsel and counsel for the government, Ruth Pinkel, discussed and agreed upon this request.

5. The conditions of his Release should be modified to reflect said modification.

Dated: April 6, 2021                Respectfully Submitted,


/s/ *George G. Mgdesyan*
George G. Mgdesyan
MGDESYAN LAW FIRM
Attorney for Defendant
FELIX CISNEROS JR

Dated: April 6, 2021                Respectfully Submitted,


/s/ *Ruth Pinkel* via email authorization
Ruth Pinkel
Assistant United States Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA