George G. Mgdesyan (SBN 225476)
MGDESYAN LAW FIRM
4529 Sherman Oaks Ave.
Sherman Oaks, CA  91403
Telephone: (818) 386-6777
Facsimile: (818) 754-6778
Email: George@Mgdesyanlaw.com

Attorneys for Defendant
FELIX CISNEROS, JR.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

—WESTERN DIVISION—

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 21-CR-51(A)-RGK |
| Plaintiff, | ) NOTICE OF A PUBLIC-AUTHORITY DEFENSE |
| vs. | ) |
| FELIX CISNEROS, JR., | ) Trial Date: April 26, 2022 |
| Defendant. | ) Trial Time: 9:00 a.m. |
| | ) HON. R. GARY KLAUSNER |

Defendant Felix Cisneros, by and through his attorney of record, George G. Mgdesyan, hereby gives notice of his intent to present a "Public-Authority Defense" at trial.

Specifically, the defense will present evidence and testimony that the defendant reasonably believed he was acting as an authorized government agent to assist a law

enforcement agency at the time of the alleged offense; i.e., *inter alia*, database searches and assistance in aiding foreign nationals entry into the United States.

Dated:  April 20, 2022	Respectfully submitted,

/s/ *George G. Mgdesyan*
GEORGE G. MGDESYAN
Attorney for Defendant
FELIX CISNEROS, JR.