# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| | | | | |
|---|---|---|---|---|
| Case No. | 2:21-cr-00051(A)-RGK-1 | | Date | May 3, 2022 |
| Present: The Honorable | R. GARY KLAUSNER, U.S. District Judge | | | |
| Interpreter | n/a | | | |

| Joseph Remigio | Terri Hourigan | Michael Morse/Juan Rodriguez/R. Pinkel |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Felix Cisneros, Jr. | | X | X | George Mgdesyan | X | | X |

| | Day COURT TRIAL | 5th Day JURY TRIAL | | Death Penalty Phase |
|---|---|---|---|---|
| | One day trial; | Begun (1st day); | Held & continued; | X Completed by jury verdict/submitted to court. |

- The Jury is impaneled and sworn.
- Opening statements made
- Witnesses called, sworn and testified.
- Exhibits identified      Exhibits admitted
- Government rests.      Defendant(s) _____ rest.
- Motion for mistrial by _____ is _____ granted _____ denied _____ submitted
- Motion for judgment of acquittal (FRCrP 29) is _____ granted _____ denied _____ submitted

| X | Closing arguments made | X | Court instructs jury | X | Bailiff sworn |
|---|---|---|---|---|---|
| X | Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings. | | | | |
| X | Alternates excused | X | Jury retires to deliberate | | Jury resumes deliberations |
| | Finding by Court as follows: | | | X | Jury Verdict as follows: for Plaintiff/Govt. |
| Dft # | X Guilty on count(s) 1s-30s | | | | Not Guilty on count(s) |
| X | Jury polled | | | | Polling waived |
| X | Filed Witness & Exhibit lists | X | Filed Jury notes | X | Filed Jury Instructions | X | Filed Jury Verdict |

- X Dft # X Referred to Probation Office for Investigation & Report and continued to 8/1/22, 1:30pm for sentencing.
- X Dft # X remanded to custody. X Remand/Release# 5/3/22 issd. Dft # _____ released from custody.
- X Bond exonerated as to Dft # _____
- Case continued to _____ for further trial/further jury deliberation.
- Other:

                                                                    03 : 11
                                                Initials of Deputy Clerk   jre