## LIST OF EXHIBITS AND WITNESSES

| Case Number | 2:21-cr-00051-RGK-1 | | Title | USA v. Felix Cisneros, Jr. | |
|---|---|---|---|---|---|

| Judge | R. Gary Klausner, U.S. District Judge | **FILED**<br>CLERK, U.S. DISTRICT COURT |
|---|---|---|
| **Dates of Trial or Hearing** | 4/26/22; 4/27/22; 4/28/22; 4/29/22; 5/3/22 | MAY 3, 2022 |
| **Court Reporters or Tape No.** | Amy Diaz; Terri Hourigan | CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____JRE_____ DEPUTY |
| **Deputy Clerks** | Joseph Remigio; Holidae Crawford | |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Veronica Dragalin, AUSA | George Mgdesyan, retained |
| Michael Morse, AUSA | |
| Juan Rodriguez, AUSA | |
| Cassie Palmer, AUSA | |
| Ruth Pinkel, AUSA | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | A | 4.27.22 | 4.27.22 | Sargsyan Plea Agreement | |
| | | | 96 | 4.27.22 | | Casino bill | |
| 65 | 4.28.22 | 4.28.22 | | | | Sargsyan's Amex Credit Card Statement | |
| | | | | | | MICHAEL COLE (4-28-22) | Plaintiff |
| 276A | 4.28.22 | 4.28.22 | | | | Summary Charts - TECS | |
| 278 | 4.29.22 | 4.29.22 | | | | Summary Charts - DK | |
| 279 | 4.29.22 | 4.29.22 | | | | Summary Charts - HN | |
| 277 | 4.29.22 | 4.29.22 | | | | Summary Charts - WR | |
| 267 | 4.29.22 | 4.29.22 | | | | Summary Charts - 2016 IRS Acct Transcript | |
| 280 | 4.29.22 | 4.29.22 | | | | Summary Charts - Cisneros/Sargsyan Meetings | |
| 276B | 4.28.22 | 4.28.22 | | | | Summary Charts - PT AA Timeline | |
| | | | | | | **See attached lists for additional witnesses and exhibits called and used at trial.** | |

## United States v. Felix Cisneros, Jr. CR 21-51(A)-RGK

Government's Witness List

Brian Adkins   **04.29.22**

Antonio Correia   **04.28.22**

SA Sean Doyle (ICE HSI) **4.28.22**

SA Carlos Feliciano (DHS-OIG)   **04.28.22**

Diana Flores   **4.28.22**

Robert Goetsch (ICE HSI)   **04.26.22**

SA Ronnie Gonzalez (ICE HSI)   **04.28.22**

Juan Lujan (CBP, Branch Chief)   **04.28.22**

SA Sean Lunney (HSI)   **04.29.22**

Edgar Sargsyan   **04.26.22**

SA Michael Torbic (FBI)   **04.29.22**

Thomas West   **04.29.22**

IRS Service Center Rep. Victoria Hernandez

IRS Revenue Agent Penny Yung   **04.29.2022**

Document Custodians

> Bank of America
>
> Cabrillo Federal Credit Union
>
> Citibank
>
> Citibank N.A. (The Home Depot Credit Card)
>
> Federal Retirement Thrift Investment Board (Administrator of Thrift Savings Plan)
>
> JP Morgan Chase Bank
>
> MGM Resorts International and Bellagio, LLC
>
> Navy Federal Credit Union
>
> State Department
>
> US Bank

1

US Immigration and Customs Enforcement

Wells Fargo

Digital Evidence Custodians

Andrew Jaung

Perry Woo

UNITED STATES v. FELIX CISNEROS, JR.

CR NO. 21-51(A)-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 1 | Photo-Sargsyan, Balian and Jet [USAO_00069919] | **4.26.22** | **4.26.22** |
| 2 | Photo – Sargsyan and Cisneros at GHR [USAO_00069930] | **4.27.22** | **4.27.22** |
| 3 | Photo- Balian, Cisneros, Broumand, and others at GHR (swearing in party) [USAO_00069933] | **4.27.22** | **4.27.22** |
| 4 | Photo -Sargsyan, Cisneros and others [69934] | | |
| 5 | Photo – Broumand and Sargsyan [69940] | | |
| 6 | Photo – Cisneros, Newsom, Sargsyan, Balian at GHR Fundraiser [69942] | | |
| 7 | Photo -Sargsyan and Cisneros at GHR Fundraiser [69945] | | |
| 8 | Photo – Sargsyan, Cisneros and others [69947] | | |
| 9 | Photo – Broumand, Cisneros, Sargsyan, Balian and others GHR party (Swearing in party) [69950] | | |

UNITED STATES v. FELIX CISNEROS, JR.

CR NO. 21-51(A)-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 10 | Photo – Broumand, Cisneros, cigars, unk male at GHR party [69956] | | |
| 11 | Photo – Broumand, Cisneros, Sargsyan at GHR party [69968] | | |
| 12 | Photo – Sargsyan, Cisneros, unk male [69971] | | |
| 13 | Photo – "Property of SA T. Blush" [70000] | 4.27.22 | 4.27.22 |
| 14 | Photo – Cisneros – HSI shirt, and weapon [70003] | 4.26.22 | 4.26.22 |
| 15 | Photo – Cisneros and Sargsyan [70008] | | |
| 16 | Photo – Ringside at Fight, Sargsyan, Balian, Cisneros, and others [70032] | 4.27.22 | 4.27.22 |
| 17 | Photo of AA Armenian Passport [70212] [0A86] | | |
| 18 | Photo – W.R. non-immigrant visa application [70266] | 4.27.22 | 4.27.22 |
| 19 | Photo -Photo from fight [73874] | | |

UNITED STATES v. FELIX CISNEROS, JR.

CR NO. 21-51(A)-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 20 | Photo – Broumand and Sargsyan [73879] | | |
| 21 | Photo -Tickets to Pacquiao v. Bradley Fight, April 9, 2016, MGM Grand Garden Arena, $1,200 Face Value [73885] | | |
| 22 | Photo – Cisneros at gambling table, Las Vegas [73886] | **4.27.22** | **4.27.22** |
| 23 | Photo- Balian, Cisneros at restaurant, Las Vegas (April 2016) [73887] | **4.27.22** | **4.27.22** |
| 24 | Photo- Sargsyan, unk male, Cisneros [75099] | | |
| 25 | Photo-Cisneros, Balian on private jet | **4.27.22** | **4.27.22** |
| 26 | Photo-Cisneros with chips | **4.27.22** | |
| 27 | Photo-Balian, Cisneros, Broumand, Sargsyan Group Dinner [489107] | **4.27.22** | **4.27.22** |
| 28 | Photo- Jet Tail number N999SE | **4.27.22** | **4.27.22** |
| 29 | Photo -LT | **4.26.22** | **4.26.22** |
| 30 | Photo -HN | **4.26.22** | **4.26.22** |
| 31 | **INTENTIONALLY LEFT BLANK** | | |
| 32 | **INTENTIONALLY LEFT BLANK** | | |

UNITED STATES v. FELIX CISNEROS, JR.

CR NO. 21-51(A)-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 33 | INTENTIONALLY LEFT BLANK | | |
| 34 | INTENTIONALLY LEFT BLANK | | |
| 35A | Document Custodian Dec, Navy Federal Credit Union [91977-78] | 4.27.22 | 4.27.22 |
| 35 | Navy Federal Credit Union Checks [91981 – 92010] | 4.27.22 | 4.27.22 |
| 36 | Navy Federal Credit Union Statements [92011 – 92058] | 4.27.22 | 4.27.22 |
| 37A | Document Custodian Dec., U.S. Bank [90569-60] | 4.27.22 | 4.27.22 |
| 37 | U.S. Bank Checks [92061 – 92065] | 4.27.22 | 4.27.22 |
| 38 | U.S. Bank Statements [92066 – 92113] | 4.27.22 | 4.27.22 |
| 39A | Document Custodian Dec., Cabrillo Credit Union [92114 – 92115) | 4.27.22 | 4.27.22 |
| 39 | Cabrillo Credit Union [92116 – 92132] | 4.27.22 | 4.27.22 |
| 40 | California Coast Credit Union 5k Check [92133 – 92134] | 4.27.22 | 4.27.22 |

UNITED STATES v. FELIX CISNEROS, JR.

CR NO. 21-51(A)-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 41 | Cabrillo Credit Union [92135 – 92146] | 4.27.22 | 4.27.22 |
| 42A | Document Custodian Dec., Chase [92158 – 92159] | 4.27.22 | 4.27.22 |
| 42 | Chase Credit Card Statements [92160 – 92210] | 4.27.22 | 4.27.22 |
| 43A | Document Custodian Dec., Chase Bank [92147 – 92148] | 4.27.22 | 4.27.22 |
| 43 | Chase Bank E.S. Checks [92149 – 92157] | 4.27.22 | 4.27.22 |
| 44A | Document Custodian Dec., Citibank [92211 – 92213] | 4.27.22 | 4.27.22 |
| 44 | Home Depot Checks [92214 – 92219] | 4.27.22 | 4.27.22 |
| 45 | Home Depot Statements [92220 – 92251] | 4.27.22 | 4.27.22 |
| 46A | Document Custodian Dec., TSP [92252 – 92255] | 4.27.22 | 4.27.22 |
| 46 | TSP Loan Documents [92256 –92260] | 4.27.22 | 4.27.22 |

UNITED STATES v. FELIX CISNEROS, JR.

CR NO. 21-51(A)-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 47 | TSP Loan Checks<br>[92261 – 92282] | 4.27.22 | **4.27.22** |
| 48A | Bank of America Document Custodian Dec.,<br>[92283 – 92286] | 4.27.22 | **4.27.22** |
| 48 | ES Checks to Bank of America, V. Cisneros, etc<br>[92287-92298] | **4.27.22** | **4.27.22** |
| 49A | Document Custodian Dec.,<br>Citi & SA Torbic Letter<br>[no bates] | 4.27.22 | **4.27.22** |
| 49 | Citibank ES Acct. #4232 Check Payments (Various)<br>[92299-92302] | 4.27.22 | **4.27.22** |
| 50A | Wells Fargo ES Acct # 6609 Document Custodian Dec.<br>[92303-306] | 4.27.22 | |
| 50 | Wells Fargo ES Acct # 6609 Various ES Check Payments<br>[92307-311] | 4.27.22 | **4.27.22** |
| 51A | Bank of America Cisneros Home Equity Line of Credit Document Custodian Dec.<br>[91980] | | |
| 51B | Bank of America Cisneros Home Equity Line of Credit Document Custodian Dec.<br>[91979] | | |

## UNITED STATES v. FELIX CISNEROS, JR.

### CR NO. 21-51(A)-RGK

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 51 | Bank of America Cisneros Home Equity Line of Credit Statements [92312-92343] | **4.29.22** | **5.2.22** |
| 52 | **Intentionally Blank** | | |
| 53 | **Intentionally Blank** | | |
| 54 | **Intentionally Blank** | | |
| 55-59 | **Intentionally Blank** | | |
| 60A | Citi Doc Custodian Declaration-Pillar Law Group CITBANK ACCT#3613 [80353-54] | | |
| 60 | PILLAR LAW GROUP TRANSACTIONS CITBANK ACCT#3613 – Checks [81262-97] | **4.29.22** | |
| 61 | CITBANK ACCT #3613 Statements [83357-440] | **4.29.22** | |
| 62 | PILLAR LAW GROUP TRANSACTIONS ACCT#206543613 – [84188-84226] | **4.29.22** | |
| 63A | Wells Fargo Document Custodian Dec ES Acct #6909 (Statements) [471843] | **4.27.22** | |

UNITED STATES v. FELIX CISNEROS, JR.

CR NO. 21-51(A)-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 63 | ES Wells Fargo Acct #6909, October 2015 Statement, ($70,000 wire transfer 10/15/15) <br><br> [471955-471962] | **4.29.22** | **4.29.22** |
| 64-94 | **Intentionally Blank** | | |
| | **CASINO RECORDS** | | |
| 95 | ES Casino Hotel bill 4/8/16 to 4/11/16 <br><br> [119273] | **4.27.22** | **4.27.22** |
| 96-97 | **Intentionally Blank** | | |
| 98 | ES Casino Records- betting records <br><br> [119207-119218] | **4.29.22** | |
| 99 | ES Casino Records Hotel Bill Rm 15602 4/8/16 to 4/10/16 <br><br> [119267] | **4.27.22** | |
| 100 | ES Casino Records Hotel Bill Rm 14602 4/8/16 to 4/10/16 <br><br> [119268] | **4.29.22** | |
| 101 | ES Casino Records Hotel Bill Rm 12648 4/8/16 to 4/10/16 <br><br> [119269] | **4.29.22** | |
| 102 | ES Casino Records Hotel Bill Rm 12602 4/8/16 to 4/10/16 <br><br> [119270] | **4.29.22** | |

UNITED STATES v. FELIX CISNEROS, JR.

CR NO. 21-51(A)-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 103 | ES Casino Records Hotel Bill Rm 33605 4/8/16 to 4/11/16 ($28K bill) [119271] | **4.29.22** | |
| 104 | ES Casino Records Hotel Bill Rm 33605 4/8/16 to 4/11/16 ($5K bill) [119723] | **4.29.22** | |
| 105 | Intentionally Blank | | |
| 106 | ES Casino Records-Hotel Bill Rm 15627 4/8-4/10/2016 [119275] | **4.29.22** | |
| 107 | ES Casino Records-Hotel Bill Rm 15637 4/8-4/10/2016 [119276] | **4.29.22** | |
| 108 | ES Casino Records-Hotel Bill Rm 27618 4/8-4/11/2016 [119277-278] | **4.29.22** | |
| 109 | **Intentionally Blank** | | |
| 110 | ES Casino Records-Hotel Bill Rm 11648 4/8-4/10/2016 [119280] | **4.29.22** | |
| 111 | ES Casino Records-Ballagio Player Ratings Detail ES [119307-308] | **4.29.22** | |

UNITED STATES v. FELIX CISNEROS, JR.

CR NO. 21-51(A)-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 112 | ES Casino Records-Casino CTR -$50,000 & $45,000 4/8/2016 & 4/10/2016 [119310-317] | 4.29.22 | |
| 113 | ES Casino Records-MGM Grand Player Ratings-Sargsyan 4/9/2016 [11931] | 4.29.22 | |
| 114-115 | **Intentionally Blank** | | |
| 116 | ES Casino Records-Bellagio Player Rating, includes 4/8 and 4/10/2016 [119408-409] | 4.29.22 | |
| 117-118 | | | |
| 119 | ES Casino Records-Sargsyan MGM Grand player record 4/9/2016 [119416] | 4.29.22 | |
| 120 | ES Aria Casino Records-Comps [119450-119453] | 4.29.22 | |
| 121 | ES Casino Records-Aria Casino gambling records [1119434-443] | 4.29.22 | |
| 122 | **Intentionally Blank** | | |
| 123 | Felix Cisneros casino record-slot machine 4/9/2016 [119378] | 4.29.22 | |
| 124 | **Intentionally Blank** | | |

## UNITED STATES v. FELIX CISNEROS, JR.

### CR NO. 21-51(A)-RGK

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 125 | Felis Cisneros casino record-Player History MGM Grand 4/9/2016 [119387-119390] | 4.29.22 | |
| 126 | Felix Cisneros casino record -Player History MGM Grand 4/9/2016 [119395] | 4.29.22 | |
| 127-128 | **Intentionally Blank** | | |
| | STATE DEPT RECORDS | | |
| 128A | U.S. Department of State Certification, W.R. Records, Consular Consolidated Database [107052] | | |
| 128 | W.R. Records, U.S. Department of State, Consular Consolidated Database (17 pgs) [107055-107071] | 4.29.22 | 5.3.22 |
| 129A | U.S. Department of State Certification, D.K. Records, Consular Consolidated Database [107020] | | |
| 129 | D.K. Records, U.S. Department of State, Consular Consolidated Database [10721-22] | 4.29.22 | 5.3.22 |
| 130A | U.S. Department of State Certification, D.K. Records, Consular Consolidated Database [10723] | | |

UNITED STATES v. FELIX CISNEROS, JR.

CR NO. 21-51(A)-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 130 | D.K. Records, U.S. Department of State, Consular Consolidated Database [10724-25] | **4.29.22** | |
| 131A | U.S. Department of State Certification, D.K. Records, Consular Consolidated Database [107026] | | |
| 131 | D.K. Records, U.S. Department of State, Records, Consular Consolidated Database [10727-28] | **4.29.22** | |
| 132A | U.S. Department of State Certification, D.K. Records, Consular Consolidated Database [10729] | | |
| 132 | D.K. Records, U.S. Department of State, Consular Consolidated Database [10730-31] | **4.29.22** | |
| 133A | U.S. Department of State Certification, D.K. Records, Consular Consolidated Database [10732] | | |
| 133 | D.K. Records, U.S. Department of State, Consular Consolidated Database [107033-40] | **4.29.22** | |

UNITED STATES v. FELIX CISNEROS, JR.

CR NO. 21-51(A)-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 134A | U.S. Department of State Certification, D.K. Records, Consular Consolidated Database [107041] | | |
| 134 | D.K. Records, U.S. Department of State, Consular Consolidated Database [107042-49] | **4.29.22** | |
| 135-137 | **Intentionally Blank** | | |
| 138 | Cisneros TECS Database Searches (Combined) [Bates-various, individual (not continuous) 105,738-107,480; 76,068-76,215] | **4.28.22** | **4.28.22** |
| 139-140 | **Intentionally Blank** | | |
| | **Cisneros Training Records** | | |
| 141 | Integrity Awareness Program (IAP) Training (17 pgs) [107304-320] | | |
| 142 | IAP Training (21 pgs) [107321-341] | | |
| 143 | IAP Training (24 pgs) [107342-353] | | |
| 144 | IAP Training (24 pgs) [107354-377] | | |

13

## UNITED STATES v. FELIX CISNEROS, JR.

### CR NO. 21-51(A)-RGK

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 145 | IAP Training (12 pgs) [107378-389] | | |
| 146 | IAP Training (28 pgs) [107390-417] | | |
| 147 | TECs Training Content (Student Introduction) [10748-480] | | |
| 148 | TECs Training Records -Felix Cisneros, Jr. [105735-737] | | |
| 149 | Cisneros General Training Transcript [440887-92] | | |
| 150 | **Intentionally Blank** | | |
| 151 | **Intentionally Blank** | | |
| | **Communications** | | |
| 152 | 2015.09.23 Email Antonio Correira Email (WR) [475828-30] | **4.28.22** | **4.28.22** |
| 153 | **Intentionally Blank** | | |
| 154 | Cisneros Email with Martha Davis 2016/2017 (WR) [476755-57] | **4.29.22** | **4.29.22** |
| 155 | **Intentionally Blank** | | |

UNITED STATES v. FELIX CISNEROS, JR.

CR NO. 21-51(A)-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 156 | Cisneros Texts with Valentin Obregon, 2.12.16<br><br>(FC HSI IPHONE, USAO_00076404 (Pg.2141) | | |
| 157 | **Intentionally Blank** | | |
| 158 | CBP Branch Chief Juan Lujan Cover email to Special Agents; Juan Lujan 2016 Email Chain re DK Parole Letter<br><br>[77996-97] | **4.26.22**<br>**4.28.22** | **4.28.22** |
| 159 | DK Parole Letter, attached to Ex. 158 email<br><br>[78001-03] | **4.26.22** | **4.26.22** |
| 160 | **Intentionally Blank** | | |
| **SA RONALD GONZALEZ EMAILS & TEXTS (DK) [EX 161 TO 176]** | | | |
| 161 | 2021.02.02 Email from Ronaldo Gonzalez to Special Agents<br><br>[78009-10] | | |
| 162 | 2016.02.12, 17-18 email string Gonzalez and Cisneros (ASAC approval; Port Director Approval)<br><br>[78011-12] | | |
| 163 | 2016.02.19 email from Cisneros to Gonzalez "attached is signed parole request"<br><br>[78013] | **4.28.22** | **4.28.22** |

UNITED STATES v. FELIX CISNEROS, JR.

CR NO. 21-51(A)-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 164 | 2016.02.12, 17-18 email string Gonzalez and Cisneros (ASAC approval) [78014-15] | 4.28.22 | 4.28.22 |
| 165 | 2016.02.12 email string Gonzalez and Cisneros [78016] | | |
| 166 | 2016.02.12 & 17  Cisneros Gonzalez email string [78017] | 4.28.22 | 4.28.22 |
| 167 | Gonzalez to Lujan email "30-day parole request for D.K." cc: Cisneros [78018] | 4.28.22 | 4.28.22 |
| 168 | 2016.02.12 email string Gonzalez and Cisneros [78019] | | |
| 169 | 2016.02.17 email string Gonzalez and Cisneros [78020-21] | 4.28.22 | 4.28.22 |
| 170 | **Intentionally blank** | | |
| 171 | 2016.02.17 Gonzalez Cisneros email "does need to get signed off by ASAC" [78025] | 4.28.22 | 4.28.22 |
| 172 | Gonzalez to Cisneros email response 2016.02.17 [78026-27] | | |

UNITED STATES v. FELIX CISNEROS, JR.

CR NO. 21-51(A)-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 173 | Ronald Gonzalez 2016 Texts with Cisneros (DK) [78028-35] | 4.28.22 | 4.28.22 |
| 174 | Cisneros response to Gonzalez email 2016.02.18 [78036-38] | | |
| 175 | 2016.03.23 Cisneros to Balian Email FW: Requested subject information (w/ Gonzalez to Cisneros email string) [489007] | | |
| 176 | Applicant Detail (DK) attached to 2016.03.23 email [489008-489024] | | |
| 177-181 | **Intentionally Blank** | | |
| 182 | SA Doyle June 22, 2016 email to Cisneros re D.K. [476805-06] | 4.28.22 | 4.28.22 |
| 183 | SA Doyle February 1, 2017 email to Cisneros re A.A. [476807-815] | 4.82.22 | 4.28.22 |
| 184 | SA Doyle February 1, 2017 email re: Scherfenberg [476816-818] | 4.28.22 | 4.28.22 |
| 185-87 | **Intentionally Blank** | | |

17

UNITED STATES v. FELIX CISNEROS, JR.

CR NO. 21-51(A)-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 188 | Pillar Law Group, Wells Fargo Client Trust Acct #4494 [ES; $85,000 WR Incoming Wire; $70,000 outgoing to ES #6909, 5 pgs]<br><br>[489078-82] | **4.27.22** | **4.27.22** |
| 189 | Receipt for Ducati Purchase, April 28, 2015, Beverly Hills, Ducati ($36,100)<br><br>[121327] | | |
| 190 | A.A.2.1.17.ES and FC.WhatsApp.ES.iPhone.HG7W.Pages from ES iPhone (HG7W)<br><br>[72147-48] | | |
| 191 | A.A.2.1.17.ES and FC.WhatsApp.PIC attach.ES.iPhone.HG7W.<br><br>[70212] | | |
| 192 | A.A.2.1.17.ES and FC.WhatsApp.Call.Recs.ES iPhone (HG7W)<br><br>[71068] | | |
| 193 | DK 2.7.16.ES and JB.WhatsApp.ES.Phone.GRX7<br><br>[74482-83] | **4.27.22** | **4.27.22** |
| 194 | DK.2.8.16.ES and JB.iMessage.ES.Phone.GRX7<br><br>[7455] | **4.27.22** | **4.27.22** |
| 195 | DK.2.8.16.ES and FC.Call.Records.ES.iPhone.GRX7.<br>[74397] | | |

UNITED STATES v. FELIX CISNEROS, JR.

CR NO. 21-51(A)-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 196 | DK.2.8.16.2.14.16.ES and JB.WhatsApp.ES.iPhone.GRX7 [74485-86; 88] | **4.27.22** | **4.27.22** |
| 197 | DK.2.16.16.ES and JB.WhatsApp Call records.Call.ES.iPhone.GRX7 [74349] | | |
| 198 | DK.2.16.and 17.16.ES and JB.WhatsApp.ES.iPhone.GRX7 [74490-91] | | |
| 199 | DK.3.1.16.ES and JB.Message.ES.iPhone.GRY1 [74188] | **4.27.22** | **4.27.22** |
| 200 | DK.3.2.16.ES and JB.WhatsApp.JB.Phone [extraction pg 3612-13] | | |
| 201 | DK.3.8.16.ES and JB.Message.ES.iPhone.GRY1 [74194] | | |
| 202 | DK.3.8.16.ES and JB.WhatsApp.JB.Phone [extraction pg. 3613] | | |
| 203 | DK.3.8.16.ES and JB.Call.Records.ES.iPhone [74057] | | |
| 204 | DK.3.22.16.ES and JB.ES.iPhone.GRY1 [74205-07] | **4.27.22** | **4.27.22** |
| 205 | DK.3.23.16.ES and JB.WhatsApp.JB.Phone [extraction pg. 3614] | | |

UNITED STATES v. FELIX CISNEROS, JR.

CR NO. 21-51(A)-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 206 | DK.3.22.16.ES and JB.ES.iPhone.GRY1 [74205-07] | | |
| 207 | DK.7.29 - 8.3.16.ES and FC.ES.iPhone.H2XQ [73223-24] | **4.27.22** | **4.27.22** |
| 208 | HN.4.14.16.ES and FC.WhatsApp.ES.iPhone.H2XQ [73205] | **4.27.22** | **4.27.22** |
| 209 | HN.4.20.16.ES and JB.WhatsApp.JB.Phone [7356-57] | | |
| 210 | HN.4.21.16.ES and JB (FELIX FINE) (FC present with JB).WhatsApp.ES.iPhone.HZXQ [73258-60] | **4.27.22** | **4.27.22** |
| 211 | HN.4.27.16.ES and JB.WhatsApp.ES.iPhone.HZXQ [73271-73] | | |
| 212 | HN.4.28.16.ES and JB.WhatsApp and Messages.ES.iPhone.HZXQ [73274-77] | **4.28.22** | |
| 213 | HN.5.13.16.ES and JB.Messages.ES.iPhone.HZXQ [73095] | | |
| 214 | HN.7.5.16.ES and JB.Messages.ES.iPhone.HZXQ [73321-22] | | |

UNITED STATES v. FELIX CISNEROS, JR.

CR NO. 21-51(A)-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 215 | HN.8.29.16.ES and JB.WhatsApp.ES.iPhone.HZXQ (picture of files labeled property of SA Blush) [70000] | | |
| 216 | HN.9.11 and 9.12.ES and FC.WhatsApp.ES.iPhone.HZXQ (FC TV logistics) [73237-38] | 4.27.22 | 4.27.22 |
| 217 | P.T.3.8.17.ES and FC.WhatsApp.ES iPhone (HG7W) [72168-69] | 4.27.22 | 4.27.22 |
| 218 | P.T.3.8.17.ES and FC.WhatsApp.Call.Recs.ES iPhone (HG7W) [70902] | 4.27.22 | 4.27.22 |
| 219 | 12.1015.ES and JB.Whatsapp.JB phone (WR) [extraction pg. 3604] | 4.27.22 | 4.27.22 |
| 220 | W.R.12.15.16.ES and JB.WhatsApp.ES.iPhone.HG7W. [71745-71747] | 4.27.22 | 4.27.22 |
| 221 | W.R. 12.15.166.ES and JB.WhatsApp.PIC attach.ES.iPhone.HG7W [70226-70226] | | |
| 222 | W.R. 12.18.16.ES and FC God.Is.Looking.WhatsApp.ES.iPhone.HG7W [72110] | 4.27.22 | 4.27.22 |

# UNITED STATES v. FELIX CISNEROS, JR.

## CR NO. 21-51(A)-RGK

## GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 223 | W.R. 1.9.17.ES and FC.WhatsApp.ES.iPhone.HG7W. [72129-72120] | **4.28.22** | |
| 224 | W.R. 1.9.17.ES and FC.WhatsApp.PIC attach.ES.iPhone.HG7W. [72129-72120] | **4.28.22** | **4.28.22** |
| 225 | Dk.8.12.16.ES and FC.ES.iPHONE [72406-73823] | **4.27.22** | **4.27.22** |
| 225-239 | **Intentionally Blank** | | |
| 240 | Cisneros HSI email to Bourdas 2016.02.17 & 2016.02.18 Subject State/Local Parole Packet (DK) [489071] | | |
| 241 | Cisneros HSI email to Obregon 2016.02.19 (DK) [48072] | **4.29.22** | **4.29.22** |
| 242 | Cisneros HSI email subject P.T. 2017.03.10 (part 1) [489075] | | |
| 243 | Cisneros HSI email subject P.T. 2017.03.10 (part 2) [489074] | | |
| 244 | Cisneros HSI email with Martha Davis 2016.12.23 re WR [489076-77] | **4.29.22** | **4.29.22** |

UNITED STATES v. FELIX CISNEROS, JR.

CR NO. 21-51(A)-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 245 | Cisneros Email to HSI SA Tom Blush "Subject: Possible Fraud Target" 2016.04.29 (HN) <br> [489073] | **4.29.22** | **4.29.22** |
| 246 | 2016.04.28 - Cisneros to Tom Blush Texts <br> [USAO 7604 (pg 1935)] | | |
| 247-250 | **Intentionally Blank** | | |
| 251 | Extraction Report (280 pgs), Apple iPhone, ES iPhone (GRX7) (iPhone 6s Plus (A1634) <br> [74312-74591] | | |
| 252 | Extraction Report (389 pgs), Apple iPhone, ES iphone 6s (A1633) <br> [73923-74311] | | |
| 253 | Extraction Report (1418 pgs), Apple iPhone, ES.iPhone.HZXQ <br> [72406-73823] | | |
| 254 | Extraction Report (109 pgs), Apple iPhone, ES iPhone (HG7Q) <br> [74631-74739] | | |
| 255 | Extraction Report (2067 pgs), Apple iPhone, ES iPhone (HG7W) <br> [70339-72405] | | |

UNITED STATES v. FELIX CISNEROS, JR.

CR NO. 21-51(A)-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 256 | Cellbrite Extraction Report (10252 pgs), Apple iPhone 6 (A1549)_2020-06-04_Report<br><br>[76404] | | |
| 257 | Cellbrite Extraction Report (7059 pgs), JB Scope Review, Apple iphone<br><br>[DVD: 7882-83] | | |
| 258-261 | **Intentionally Blank** | | |
| 262 | Tax Return to Be Added | | |
| 263 | Tax Return to Be Added | | |
| 264 | Tax Record to Be Added | 4.29.22 | 4.29.22 |
| 265 | Tax Record to Be Added | 4.29.22 | 4.29.22 |
| 266 | Tax Record to Be Added | 4.29.22 | 4.29.22 |
| 267-269 | **Intentionally Blank** | | |
| 270 | Summary Chart:  Income Reconciliation | 4.29.22 | 4.29.22 |
| 271-274 | **Intentionally Blank** | | |
| 275 | Summary Chart:  Check Payments ES to Felix Cisneros | 4.27.22 | 4.27.22 |
| 276-82 | Summary Charts to be added | | |
| | | | |
| | | | |
| | | | |

UNITED STATES v. FELIX CISNEROS, JR.

CR NO. 21-51(A)-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |