UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>FELIX CISNEROS, JR.,<br><br>            Defendant. | No. 2:21-cr-00051-RGK-1<br><br>[PROPOSED] MONEY JUDGMENT OF FORFEITURE AGAINST DEFENDANT FELIX CISNEROS, JR. **[117]** |

   The United States has filed an Application for Entry of Money Judgment of Forfeiture against FELIX CISNEROS, JR. ("Defendant") in the amount of $133,000.00 pursuant to Federal Rule of Criminal Procedure 32.2.  Rule 32.2 provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

   GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant shall forfeit to the United States the sum of $133,000.00.  Defendant shall be liable for the entire amount of the judgment.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order and the terms of the parties' stipulation.

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(3), this Money Judgment of Forfeiture shall become final as to the Defendant at the time of sentencing, and shall be made part of the sentence and included in the judgment and commitment order.

9/1/2022
DATE

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by:

STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

   /s/ Dan G. Boyle
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA