# EXHIBIT 1

4303498



## Secretary of State
## Articles of Incorporation of a
## General Stock Corporation

**ARTS-GS**

FILED
Secretary of State
State of California

**JUL 3 1 2019**

ʃⱷᶜ

**This Space For Office Use Only**

**IMPORTANT — Read Instructions before completing this form.**

**Filing Fee**  —  **$100.00**

**Copy Fees**  —  First page $1.00; each attachment page $0.50; Certification Fee - $5.00

*Note:* Corporations may have to pay minimum $800 tax to the California Franchise Tax Board each year.  For more information, go to *https://www.ftb.ca.gov.*

**1.  Corporate Name** (Go to *www.sos.ca.gov/business/be/name-availability* for general corporate name requirements and restrictions.)

The name of the corporation is  GT ENERGY INC

**2.  Business Addresses** (Enter the **complete** business addresses.)

| a. Initial Street Address of Corporation - **Do not list a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 5801 RANDOLPH STREET | COMMERCE | CA | 90040 |
| b. Initial Mailing Address of Corporation, **if different than Item 2a** | City (no abbreviations) | State | Zip Code |
| 5801 RANDOLPH STREET | COMMERCE | CA | 90040 |

**3.  Service of Process** (Must provide either Individual **OR** Corporation.)

INDIVIDUAL – Complete Items 3a and 3b only.  Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| GEORGE | | TERMENDZHYAN | |
| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
| 5801 RANDOLPH STREET | COMMERCE | **CA** | 90040 |

CORPORATION – Complete Item 3c.  Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 3a or 3b

**4.  Shares** (Enter the **number of shares** the corporation is authorized to issue.  **Do not** leave blank or enter zero (0).)

This corporation is authorized to issue only one class of shares of stock.

The total number of shares which this corporation is authorized to issue is _____ 10000 _____ .

**5.  Purpose Statement** (Do not alter the Purpose Statement.)

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

**6.  Read and Sign Below** (This form must be signed by each incorporator.  **See instructions for signature requirements.**)

_____
Signature

George Termendzhyan
Type or Print Name

ARTS-GS (REV06/2019)



**California Secretary of State**
Electronic Filing

# Corporation - Statement of Information

| | |
|---|---|
| Entity Name: | GT ENERGY INC |
| Entity (File) Number: | C4303498 |
| File Date: | 08/04/2020 |
| Entity Type: | Corporation |
| Jurisdiction: | CALIFORNIA |
| Document ID: | GH52027 |

**Detailed Filing Information**

1. Entity Name:

   GT ENERGY INC

2. Business Addresses:

   a. Street Address of Principal Office in California:

   5801 RANDOLPH STREET
   COMMERCE , California 90040
   United States of America

   b. Mailing Address:

   5801 RANDOLPH STREET
   COMMERCE , California 90040
   United States of America

   c. Street Address of Principal Executive Office:

   5801 RANDOLPH STREET
   COMMERCE , California 90040
   United States of America

3. Officers:

   a. Chief Executive Officer:

   GEORGE   TERMENDZHYAN
   5801 RANDOLPH STREET
   COMMERCE , California 90040
   United States of America

   b. Secretary:

   GEORGE   TERMENDZHYAN
   5801 RANDOLPH STREET
   COMMERCE , California 90040
   United States of America

Document ID: GH52027

*Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.*

**California Secretary of State**
Electronic Filing

Officers (cont'd):

    c.  Chief Financial Officer:

                                     GEORGE   TERMENDZHYAN
                                     5801 RANDOLPH STREET
                                     COMMERCE , California 90040
                                     United States of America

4.   Director:

                                     GEORGE   TERMENDZHYAN
                                     5801 RANDOLPH STREET
                                     COMMERCE , California 90040
                                     United States of America

    Number of Vacancies on the Board of
    Directors:                                  0

5.   Agent for Service of Process:

                                     GEORGE   TERMENDZHYAN
                                     5801 RANDOLPH STREET
                                     COMMERCE , California 90040
                                     United States of America

6.   Type of Business:                   PETROLEUM DISTRIBUTION

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:   GEORGE TERMENDZHYAN

*Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.*

Document ID: GH52027