George G. Mgdesyan (SBN 225476)
MGDESYAN LAW FIRM
4529 Sherman Oaks Ave.
Sherman Oaks, CA  91403
Telephone: (818) 386-6777
Facsimile: (818) 754-6778
Email: George@Mgdesyanlaw.com

Attorneys for Defendant
FELIX CISNEROS, JR.

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### —WESTERN DIVISION—

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 21-CR-51(A)-RGK |
| | ) |
| Plaintiff, | ) UNOPPOSED *EX PARTE* |
| | ) APPLICATION TO CONTINUE |
| vs. | ) SENTENCING |
| | ) |
| FELIX CISNEROS, JR., | ) Date: September 19, 2022 |
| | ) Time: 10:00 a.m. |
| Defendant. | ) |
| | ) HON. R. GARY KLAUSNER |

Defendant Felix Cisneros, Jr., by and through undersigned counsel of record, George G. Mgdesyan, hereby applies *ex parte* for a continuance of the sentencing hearing to October 3, 2022. The government does not oppose this request.

This application is based upon the attached declaration of George G. Mgdesyan.

///

///

Dated:  September 9, 2022            Respectfully submitted,


                                     /s/ *George G. Mgdesyan*
                                     GEORGE G. MGDESYAN
                                     Attorney for Defendant
                                     FELIX CISNEROS, JR.

- 2 -

## DECLARATION OF GEORGE G. MGDESYAN

I, George G. Mgdesyan, hereby declare as follows:

1.    I am an attorney at law duly licensed to practice law in the state of California and before this Court. I am the attorney for defendant/petitioner Felix Cisneros, Jr., in U.S. v. Cisneros, CR-21-0051(A)-RGK. The following facts are within my personal knowledge, and if called upon as a witness, I could and would competently testify to the truth of the matters asserted herein.

2.    Early this year, my mother was hospitalized after suffering complications from contracting COVID-19. She was hospitalized from January to August. Earlier this week she was hospitalized once again and is currently in the Intensive Care Unit.

3.    Due to my mother's condition, I have been out of the office this entire week and have not had adequate time to finalize a sentencing position brief in this case.

4.    On September 9, 2022, my law clerk spoke with AUSA Michael Morse regarding this request. Mr. Morse does not oppose the continuance.

5.    Therefore, I am requesting that the Court continue the sentencing hearing for two weeks to October 3, 2022, to allow me adequate time to complete the sentencing brief and prepare for the hearing.

I declare under penalty of perjury that the foregoing is true and correct to the best my knowledge and belief.

Executed on this 9th day of September, 2022, at Los Angeles, California.

Respectfully submitted,

/s/ *George G. Mgdesyan*

GEORGE G. MGDESYAN
Attorney for Defendant
FELIX CISNEROS, JR.

- 3 -