George G. Mgdesyan (SBN 225476)
MGDESYAN LAW FIRM
4529 Sherman Oaks Ave.
Sherman Oaks, CA  91403
Telephone: (818) 386-6777
Facsimile: (818) 754-6778
Email: George@Mgdesyanlaw.com

Attorneys for Defendant
FELIX CISNEROS, JR.

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### —WESTERN DIVISION—

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-CR-51(A)-RGK |
| Plaintiff, | **(AMENDED)** *EX PARTE* APPLICATION TO CONTINUE SENTENCING |
| vs. | |
| FELIX CISNEROS, JR., | Date: September 19, 2022 |
| Defendant. | Time: 10:00 a.m. |
| | HON. R. GARY KLAUSNER |

Defendant Felix Cisneros, Jr., by and through undersigned counsel of record, George G. Mgdesyan, hereby applies *ex parte* for a continuance of the sentencing hearing to October 17, 2022. The government does not oppose this request.

**The defendant requests that the Court not rule on his previously-filed *ex parte* application to continue sentencing—which is still pending before the Court, see dkt. no 120—as new grounds for a 30-day (as opposed to a two-week) continuance are being submitted herein.**

This application is based upon the attached declaration of George G. Mgdesyan.

Dated: September 14, 2022			Respectfully submitted,


			/s/ *George G. Mgdesyan*
			GEORGE G. MGDESYAN
			Attorney for Defendant
			FELIX CISNEROS, JR.

### **DECLARATION OF GEORGE G. MGDESYAN**

I, George G. Mgdesyan, hereby declare as follows:

1. I am an attorney at law duly licensed to practice law in the state of California and before this Court. I am the attorney for defendant/petitioner Felix Cisneros, Jr., in U.S. v. Cisneros, CR-21-0051(A)-RGK. The following facts are within my personal knowledge, and if called upon as a witness, I could and would competently testify to the truth of the matters asserted herein.

2. Early this year, my mother was hospitalized after suffering complications from contracting COVID-19. She was hospitalized from January to August. Early last week she was hospitalized once again and is currently in the Intensive Care Unit.

3. Due to my mother's condition, I was out of the office for nearly two weeks and did not have adequate time to finalize a sentencing position brief in this case (which is near completion).

4. On September 9, 2022, my law clerk spoke with AUSA Michael Morse regarding this request. Mr. Morse did not oppose the continuance.

5. On September 9, I filed an unopposed ex parte application to continue sentencing, which is still pending before the Court.

6. However, today, September 14, 2022, I received information from the government pertaining to the main witness from trial, E.S., concerning possible newly-discovered impeachment information. This new information was obtained by the government on Monday, September 12. This information may be material to a possible motion for new trial, motion to dismiss, and/or sentencing. For instance, the government's sentencing position papers argue for a finding of bribe sums of $140,000. That amount includes $40,000 in alleged cash payments from E.S. The only evidence produced at trial was E.S.'s testimony. Therefore, any new information concerning E.S.'s credibility should be examined thoroughly.

7. Due to this new information, I am requesting a continuance of 30 days, as opposed to the two-week continuance requested in my previously-filed ex parte application, in order to review the material and research possible legal issue that it may raise.

8. In its disclosure letter, the government indicates that is does not oppose a modest continuance of the sentencing hearing.

9. Therefore, I am requesting that the Court continue the sentencing hearing for 30 days to October 17, 2022, to allow me adequate time to finalize the sentencing position papers, review the new material that I received today, and research any possible legal issue that may it may or may not raise.

I declare under penalty of perjury that the foregoing is true and correct to the best my knowledge and belief.

Executed on this 14th day of September, 2022, at Los Angeles, California.

Respectfully submitted,

/s/ *George G. Mgdesyan*

GEORGE G. MGDESYAN
Attorney for Defendant
FELIX CISNEROS, JR.

- 4 -