George G. Mgdesyan (SBN 225476)
MGDESYAN LAW FIRM
4529 Sherman Oaks Ave.
Sherman Oaks, CA  91403
Telephone: (818) 386-6777
Facsimile: (818) 754-6778
Email: George@Mgdesyanlaw.com

Attorneys for Defendant
FELIX CISNEROS, JR.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### —WESTERN DIVISION—

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>FELIX CISNEROS, JR.,<br><br>        Defendant. | Case No. 21-CR-51(A)-RGK<br><br>[UNOPPOSED] *EX PARTE* APPLICATION TO CONTINUE SENTENCING<br><br>Date: October 17, 2022<br>Time: 10:00 a.m.<br><br>HON. R. GARY KLAUSNER |

Defendant Felix Cisneros, Jr., by and through undersigned counsel of record, George G. Mgdesyan, hereby applies *ex parte* for a continuance of the sentencing hearing to November 21, 2022, at 10:00 a.m. The government does not oppose this request.

This application is based upon the attached declaration of George G. Mgdesyan.

///
///

Dated:  October 6, 2022          Respectfully submitted,


_/s/ George G. Mgdesyan_

GEORGE G. MGDESYAN
Attorney for Defendant
FELIX CISNEROS, JR.

## <u>DECLARATION OF GEORGE G. MGDESYAN</u>

I, George G. Mgdesyan, hereby declare as follows:

1.     I am an attorney at law duly licensed to practice law in the state of California and before this Court. I am the attorney for defendant/petitioner Felix Cisneros, Jr., in U.S. v. Cisneros, CR-21-0051(A)-RGK. The following facts are within my personal knowledge, and if called upon as a witness, I could and would competently testify to the truth of the matters asserted herein.

2.     I am currently engaged in trial in the matter of People v. David Mejia, which should conclude no later than October 21. However, I am set to begin a murder trial on October 24, 2022 in the matter of People v. Hrach Grigorian, which is estimated to last approximately three weeks.

3.     On October 5, 2022, I spoke with AUSA Michael Morse regarding this request. Mr. Morse did not oppose the continuance.

4.     Therefore, I am requesting that the Court continue the sentencing hearing in this matter to November 21, 2022.

I declare under penalty of perjury that the foregoing is true and correct to the best my knowledge and belief.

Executed on this 6th day of October, 2022, at Los Angeles, California.

Respectfully submitted,

/s/ *George G. Mgdesyan*

GEORGE G. MGDESYAN
Attorney for Defendant
FELIX CISNEROS, JR.

- 3 -