# EXHIBIT A

# Character Reference Letters

July 18, 2022

Judge Klausner,

I'm writing this letter on behalf of Felix Cisneros in hopes that you will consider leniency in his upcoming sentence hearing.

I am a retired law enforcement officer who served with the Downey Police Department for more than 30 years. During my assignment as a task force supervisor with LAIMPACT, I got to know Felix Cisneros in 2008, while working a joint investigation with his agency, HSI. I subsequently worked several cases with him and developed a friendship that has lasted to this day.

My initial impression of Felix later proved to describe the person he really is. He is a man very loyal to his profession and the agency (HSI) he works for. He works tirelessly on his investigations but always maintains a very high level of integrity and professionalism. To this day, Felix maintains a solid reputation with those who know him professionally and personally.

Felix is a man of strong moral character who is extremely honest. He truly has great compassion for others and enjoys helping those less fortunate. He is very devoted to his family and those close to him.

Your Honor, I truly believe Felix Cisneros never had any intentions of maleficence much less any type of criminal act. He has been punished over and over again since his arrest. This has caused unwarranted humiliation and a tarnishing of his reputation. He and his family have suffered great financial hardship as a result.

For many years as a LEO, I adhered to the "Spirit of the Law" when dealing with potential offenders in cases that were not so clear cut. Your Honor, I hope that you may consider this during sentencing.

Respectfully,

Gilbert Toledo

Vanessa Torres
32996 Canyon Crest St
Wildomar, CA 92595

June 18, 2022

Your Honor,

My name is Vanessa Torres. I am currently a fifth grade teacher at Lake Elsinore Unified School District, having earned my Masters of Arts in Education Degree. I have been married to my husband for almost twenty years and have four wonderful children.

I am writing this character reference letter on behalf of Felix Cisneros who is appearing before your court.

I have been a friend to Felix Cisneros and his family for over twelve years. We meet because our daughters' cheered together on a competitive team. In the time that I have known Cisneros, I have come to see that he is exceptionally ethical, dedicated to his job, working tirelessly the necessary hours to execute his job requirements, while providing for his wife and three children.

Cisneros has always exhibited himself in any setting, whether it be socially or personally, to be a law-abiding citizen. He is always calm and collected, precise and meticulous with his words and actions. He is always there to lend a helping hand or/and his respectable perception and perspective.

Learning about the charges brought against him was inconceivable. Now, with his conviction, he has lost his job, career, retirement, and more importantly his outstanding reputation in society, but not with his friends and family. Mr. Cisneros is the head of household for his family. I ask that you be mindful and lenient on his sentencing. His children rely on his guidance and support during this critical stage in their lives. His daughters are both in college and his son has just graduated and is beginning his career. Being the stellar citizen, father and husband that he is, I beg you to consider all of the positive actions that he has contributed during his years of being a dedicated service member for our country. Despite the current and previous case that involve the same incident(s), Mr. Cisneros has paid for his crimes already, please be lenient with his sentencing as this entire ordeal has already taken so much from the Cisneros family.

Sincerely,
Vanessa Torres

Felix Cisneros III
37526 Newcastle Rd.
Murrieta CA 92563

To: The Honorable Judge Klausner,

My name is Felix Cisneros III; I am writing on behalf of my father, Felix Cisneros Jr. I am a recent graduate at the University of California, Berkeley and am currently a Consulting Engineer.

My father has been a part of my life for twenty-three years and I will support him for the rest of my life, not only because he is my father, but because of the man he has raised me to become. I hear many stories where individuals do not have any respect for their fathers or have never had their fathers in their lives; I fortunately was never able to relate. I have always looked up to my dad and will continue to look up to him. One mistake does not define a person, instead their character, the way they treat and support others, and the way they show love in the world is how I judge a person. My dad has instilled these values in me my entire life. He sent me to a Catholic school in my early years where God was a main focus, he has given me an upbringing filled with adventure and love, and has disciplined me in a righteous manner whenever I messed up.

My dad consistently supporting my mother, sisters, and I is not the only reason I hold such a high regard for him, but as years went on and I was able to observe how he treated strangers, coworkers, and authority, I was able to notice that it was in the same manner as he treated his loved ones. I have always noticed that people, who are not very close with my father, still have a high respect for him because he is trustworthy, honest, and just an overall "real" individual.

I am now old enough and in my career that I may be straying away from both my parents a bit more than when I used to live at home, but the impact this will have on my mother and my sisters will be greater as they are losing a key individual at an important part in their lives. Never the less, I will continue to support and provide when I have to for my mother and sisters, and an unjust sentencing will only make the lives of family and friends much more difficult. All I ask is that you weigh the accusations fairly and make a just decision. With a long history of a clean track record and a high rapport with all individuals that cross my father's path I hope you can give him another chance.

Faithfully,

Felix Cisneros III

7-16-22

Dear Honorable Klausner,

My name is Haydee Cisneros and I am currently employed with Kaiser Permanente, Los Angeles Medical Center. I am a Pathology Technician who has been with the company for 31 years. I am writing this letter on behalf of Felix Cisneros Jr. who is my brother and only sibling of 48 years. My brother and I have had a very close relationship most of our lives with the exception of when he served in the U.S. Army and resided in a different state as well as when he was assigned to the Border Patrol Academy and subsequently to the ICE Academy in Georgia.

I have seen many aspects of my brother's personality and throughout the years I have always found him to be smart, dependable, fair, responsible, trustworthy, loyal and very well regarded among his peers. He is a great and loving and providing husband and father to his family. He always wants the best for all of them.

I am very troubled and surprised to hear about this happening again. I understand the seriousness of this matter but this should not have happened before or should be happening now. However, I hope this time, the court will show some leniency toward this matter.

I also wish my brother is given another chance because he really is a truly and wonderful and loving human being and also our entire family would be devastated being that we have an 80 year old father who would love nothing more than to see and be with his son again and of course the rest of his family. Thank you for your consideration.

Sincerely,

*Haydee Cisneros*

Dear Honorable Judge Klausner,

My name is Ricardo Villagrana and I write to you on behalf of Felix Cisneros Jr. I am currently employed by Los Angeles County Public Works as an Electronics Communications Technician and for the past 20 years I have served the majority of public safety divisions in Southern California. These have consisted of local Police Departments, Federal agencies, and the United States Armed Forces. My Job description is heavily centered on two-way radio communications and Project Management.

Throughout my career I have met countless high-ranking officials, ranging from Law Enforcement leaders, Fire Marshal's to Medal of Honor recipients and Felix has stood out to me as someone who was an integral asset in the protection of this country. My first encounter with Felix was roughly 9 years ago while working on a project with Homeland Security Investigations (HSI) and his character had an immediate impact on my perception of him as a person and four years ago, while employed by Nelson Specialized Investigations (NSI) I found myself working alongside Felix for roughly fifty hours a week and it was quickly apparent his passion for working hard and serving this country with honor and integrity. It is apparent that Felix has been put into high-risk situations where integrity is a must and given my background in dealing with similar ranks of people, I trust completely that he is more than capable of making difficult decisions with the betterment of our Country at the forefront.

While working alongside Felix as a partner for NSI, I really got to know him as a coworker and as a friend. Felix was always someone I can come to with personal problems and trusted his advice when I found myself in need of a friend. I eventually got to meet his wife Veronica and children and was so impressed by how welcoming, humble, respectful and hard working his family is. I also learned a lot from Felix about having a strong work ethic, raising a family, being a great father, and husband. We would also have long conversations about life, amongst other topics and has given me advice which has helped me to this day. Felix is someone I look up to and see as a role model and know that his integrity is never in question. Felix works hard for his family, and working seven days a week didn't matter to him, as long as he could provide and give them the opportunity to focus on their goals to be successful in life. Felix has always set a good example for family and shown them that hard work and focus does pay off. Although they work as a team, Felix is heavily involved with guidance, planning, and teaching, not only for his wife and kids, but for friends, family, and even strangers. I've seen the impact this case has caused on Felix and his family and I know how devastating and life changing it would be for them to be apart. Your Honor Judge Klausner, as a close friend and amongst coworkers, family and friends in solidarity that Felix's character is never in question and remains an individual that is trusted and serves as an exemplary figure in our lives, and with all do respect I ask for your compassion when sentencing. Thank you for your service to our country and thank you for your time.

Sincerely,

Ricardo Villagrana

(909) 360-3592
Villacast22@gmail.com

July 19, 2022

To Judge Klausner,

    My name is Patricia Ruiz and I'm currently working for the Los Angeles Unified School district as a mathematics teacher. I am pleased to provide a reference for Felix Cisneros. I have known Felix Cisneros for the past 34 years. Twenty-four years ago, he married my first cousin Veronica De Casas. Since then, the Cisneros family have developed a strong relationship with myself and my family. It has been a pleasure having Felix a part of my family. Felix Cisneros is a loving, caring, respectful, loyal, generous, hardworking, friendly, responsible, and trustworthy person.

    Felix and Veronica Cisneros, have the pleasure to be my daughter's godparents. I knew that Felix and Veronica would be the perfect second parent figure that my daughter would need throughout her life as a guidance to a better future. Felix has been a part of my daughters' life in many special ways. Felix has inspired my family with his loyal, trustworthy, and reliable actions that have been shown in numerous ways. From the baptism of my second daughter to her now being a freshman, her Godfather has always led her in the right direction with advice and love.

    Not only do I admire Felix but I also respect him, dearly. It was an honor to be asked to provide a reference letter for him. I only hope and pray that the information I wrote today will help you understand how amazing he is.

Sincerely,

Patricia Ruiz

Alessandra Cisneros
37526 NewCastle Rd
Murrieta, CA 92653

Dear Honorable Judge Klausner,

My name is Alessandra Cisneros and I write to you on behalf of my father, Felix Cisneros Jr. I am currently employed at Right At Home, which is a world wide service to assist seniors who need personal care and those who are diagnosed Dementia, Alzheimer's disease, Parkinson's disease, or cancer who need full assistance. Aside from working part time, I am a full time nursing student attending the University of California, Irvine to further my education in healthcare.

Felix Cisneros Jr is my father and I have known him my whole 19 years of living. He is not just a father to me, but also a real life angel. He sheds light into my life, guides me into the right direction, and is simply just the piece that keeps me going. He is the reason I have such high expectations and work so hard in life, to give myself the world and of course give back to him and my mom one day.

Everyone who is in my Dad's life or have met him over the years, only could and do speak highly of him. He is the most hardworking, clever, friendly and reliable man. My mom and dad have known each other since they were little. Seeing them grow together throughout time and how they love each other, makes me realize how special these two humans are. Their relationship is something everyone and myself hope to experience. My father is the best father to my siblings and myself. He is there for us the second we need him, provides so much for us and we have the greatest times and memories together. Everything my family knows is because of him. He is the most positive influence.

Given what my family and I have been dealing with, is something I don't wish upon anyone. It has definitely been the hardest time of my life. My father is not harmful, nor is he the ideal criminal. He just made a simple mistake, like the rest of us do on a daily basis. Of course some mistakes are more extreme, as his mistake was considered to be, but he has learned from it years ago and only wants to continue to live a life alongside his family. With my dad currently being separated from us, life isn't the same at all and he hasn't even been sentenced. I can't even imagine being away from him for years. All I ask from you, judge, is to make a fair decision, my family needs him home.

Sincerely,

Alessandra Cisneros

Your Honor,

    My name is Ceasar DeCasas and I am an Electrical Journeyman Lineman for Local Union 47. I am also a marine veteran. I am currently living with my girlfriend and mother to our four-year-old son. When I am not working, I enjoy spending time with my family and friends. I understand the purpose of this letter is in regard to my brother in law, Felix Cisneros, Jr.

    I have known Felix for nearly all of my life. He and my sister helped raise me and guide me in the right direction. He is someone I have always turned to for advice or just to talk to. He has always been that person I could trust to tell me the harsh truth to make sure I was making the right decisions. Felix has been a VERY impactful person in not only my life but my entire family. To be honest, he is one of the most important individuals to me. We all know we can count on him. He has always worked very hard for not only his family but to make sure his elderly father and his home are well taken care of.

    Felix is a great and smart person. We all enjoy being around him and is a great person to have in the community. He served in the army for 4 years and served overseas in Haiti. I am aware of the series of employment following his service: He got his education, worked for the border patrol for many years, Ice agent, and now an account manager. He is a hardworking, loyal, respectable, and well-rounded person. Felix has always been a very involved father and husband. He has always made sure to be there for my sister, nieces and nephew. They are a great family. Their family is very influential to mine. Felix is a family man and is someone our family can count on. Felix's current position is more demanding and works longer hours during the week and sometimes weekends. His father's house flooded over the past rainy season and he pretty much fixed the house himself with little help. This is Felix. Helping his family and someone we can rely on.

    The court proceeding has impacted him completely and devastated us all. Knowing Felix almost my whole life and knowing how hard he has worked, how dedicated and great of a guy he is, it is unfortunate that he is in this situation. He, of all people, would have never thought to be experiencing this makes me upset. Felix has learned a lot going through this. He lost his career, had to experience incarceration, and is being separated from his family. I know whatever set back he is given he will move forward because of the support he has.

    Felix loves his family. There isn't a decision he would make that would jeopardize everything he has lost and put his family in the situation they are in. A prolonged sentencing would affect them all emotionally. He is the rock of the family. His kids are growing, all in college and working. My sister not having her husband and my nieces and nephew not having their dad is heartbreaking. This is also how many of us feel. I cannot imagine him being away longer than he has. I do hope compassion is given. He is not a bad person or a threat.

Thank you,

Ceasar Decasas

David M. Page, CPM
Temecula, CA 92591
310.625.5335 - Dmpage01@verizon.net

07.17.2022

To Whom It May Concern,

After learning the verdict of Felix Cisneros, I felt compelled to write this letter as I believe our justice system has failed.

I consider myself to be an average middle class working professional and I believe that hard work, loyalty, honesty, and dedication to my family, friends, and my community are the truly important qualities in life and I live by this day to day.

I have known Felix for over 17 years and I know his values are the same as mine. It is very rare to find people like Felix, let alone have him as a friend. We have worked, traveled, celebrated, mourn the loss of our loved ones, watched our children grow and have celebrated their achievements in school, sports, church, and community together. Felix has always been the man who helps others and puts his family and friends before himself and I honestly feel like I am a better man because of him.

It is my sincere hope that you will consider leniency when determining his sentence and you will also consider the negative impact it will have on his family and friends.

I am available to you at any time to elaborate on my relationship with Felix and would gladly welcome you the opportunity to talk with you.

Respectfully,

David Page, CMP

**Biannka Llamas**

July 19, 2022

Your Honor,

My name is Biannka Llamas and I am writing to urge leniency in the sentencing of Felix Cisneros. I want to do my best to put into words and bring to your attention the kind of person he is despite the allegations. He is a true, well-mannered gentleman and is always true to his words. My Godfather, Felix, is a person of good moral character. He has always been there for my family and myself. He is willing to lend a hand with everything no matter the reason. I can list a huge amount of times but the most meaningful to me was when he allowed me to stay at his home so I could complete my school program. I am not the only person Felix and his family have allowed into their home with no hesitation. In other words, my Godfather is pure hearted, trustworthy, and the person you call first for the best advice. He is more than a good husband, father, brother, brother n' law and Godfather. Felix's children are such good young adults, I as their older cousin look up to them. He did his absolute best with them. I don't want to sound vague but they all have a good head over their shoulders. They teach me, motivate and make me proud. As one said, "The apple doesn't fall far from the tree" – their parents, FELIX and Veronica. Their children couldn't have learned or been guided in the right direction by anyone else but their best idol- Felix.

Your Honor, I am praying and putting all my hope into you looking into this matter more deeply and considering forgiveness. His duty of great impact and leadership from a young age to now is inspiring and should not be put to an end.

With love,

Biannka Llamas

Lauren Cisneros

37526 NewCastle Rd
Murrieta, CA 92563

Dear Judge Klausner,

My name is Lauren Cisneros and I am the eldest daughter of Felix Cisneros Jr. I am twenty-one years old and I am currently pursuing my career as a nursing major at the West Coast University in Ontario.

I am writing this letter in regards to my father, the absolute most important person in my life. My father is my biggest role model, supporter, and best friend. He is one of the most hard working, intelligent, and well-rounded people who has not only inspired myself but as well as those around him. When thinking of what a father figure should be like, what do children normally think of? Putting a roof over their head? Supporting them? Feeding them? Those things are roughly the norm and many people are content with that, which is great, however, growing up, I have been blessed with so much more. My father has done nothing but go over the top for myself and my family. We are his main priority and his greatest blessing and he does not let us forget. With that, as a daughter, there is nothing more I could ask from him. The little things he does for me are what I cherish the most. His actions towards me have not only been inspiring but have molded me as the lady I am today.

Over the years, he has led an example of great leadership and how a child of God is supposed to bear. Examples such as; helping his community, guiding his family, encouraging strangers, and caring for his friends has made me realize not only how incredible he is but the person I aspire to be. To know him is to love him and to lose him shatters my heart. Judge, from the bottom of my heart, I ask for compassion, forgiveness, and a light sentence.

God Bless,
Lauren Cisneros

Your Honor,

    My name is Andrea Garcia and I am what I would consider Felix my brother in law. I am Ceasar DeCesas' girlfriend, who is Felix's brother in law. I am a stay at home mom to our 4-year-old son and have been so for about 3 years. Prior to that I was a Home Loan Processor. Ceasar and I have been together for 10 years and been living together for 6.

    I have known Felix for 9 years. I met him through Ceasar. Felix is very close to his in-laws and comes around very often. Ever since I met him, he has been very welcoming to me, always had a great time around him, and just knew he was a person with great intentions. He is open, level minded and easy to talk to. We have had deep conversations and I feel that I know him very well. He has been very helpful to my family, in laws, and especially his own. He has been significantly influential to Ceasar and knows that he is Caesar's confidant. Felix and his wife Veronica have been together for a very long time and had a lot to do with Ceasar's upbringing and was very impactful to his life. Ceasar is a great father and man because he had an example like Felix growing up. Not to forget how fun he is to be around, how great he interacts with my son, which he absolutely loves, and how he encourages every endeavor and step we take in our life decisions. He always reminds us to take a break from the everyday hustle and spend time with family.

    Felix served in the army for our country. He is very intelligent and can contribute to any conversation and can even lead any project thrown his way. He fits well with any group of people. I am aware he was a great Army soldier, ICE agent, and currently an Account Manager. He is a great husband and amazing father. I have seen him help his kids with homework despite his long work hours and just always there for his family. I have seen him be there for relatives at their lowest point in their lives. He is someone we as a family turn to when we need some advice or any kind of help. He knows it all. He is a family man and prides himself on that. He is always willing to help and assist anyone when they need it. We make family travel plans several times a year where we take our trailer to the desert or the river over summer break. The first time using our trailer we had issues bringing it back. We pulled over and tried to fix the situation. Felix pulled over and helped us get the trailer figured out, it took about 4 hours and was extremely hot but he did it. It wasn't expected, but this is the type of person he is - not to leave his family behind.

    Felix enjoys unwinding by doing small getaways with his family and friends. This is what he enjoys doing to take a break from his hard work. The uncertainty of his freedom has made him hold off on making plans and to enjoy his life. Anyone going through this situation would learn a lesson. Felix definitely has. He is just trying to work hard, and live a modest life with his family. I think this situation has brought him closer to his family and to God. His future goals involve his kids. He has worked hard for everything he has and will continue to do so. I hope compassion is given when considering his sentencing. He is the rock in his family and a prolonged sentencing would be devastating to us all. My son constantly asks for him and the thought of him missing out on his upbringing is heartbreaking. Felix really is a great person, I can only imagine how my sister in law, nieces and nephew feel. He is an extraordinary person, citizen, and soldier. He deserves his freedom and to be home with his family. We all miss him very much.

Thank you for your time,

Andrea Garcia

Lisa Collier
34924 Old Vine
Murrieta, CA 92596
07.16.2022

Dear Judge Klausner,

    My name is Lisa Collier. A full-time employee in the Collision Repair Industry for 21 years, and a mother of two wonderful children. Trevor is an eight year old boy and a baseball superstar, and Alexandria is a six-year-old girl who is quite the perfect gymnast. Both of my children would not have been growing up into amazing people without Felix Cisneros.

    Felix was initially a neighbor, years back and I was able to capture an opening when I had my son to fill a spot in Veronica's daycare program. Over the years, his family has taken my babies and have treated them as their own. Having already three amazing children of their own, it was apparent how quickly the priorities and values the Cisneros family held. "Daddy Felix" as he is known in our world, is truly an inspiring individual. A family man who puts everyone else in front of himself. On a normal basis helping his family and friends at the drop of a hat. Everyone knows that if you need help you call "Daddy Felix". Car trouble, money trouble, or a shoulder to cry on, he is right there for you. Having not only witnessed these acts but also been a part of them is an honor. On a day off, he would take over his wife Veronica's daycare, to lift away any extra stress from her heavy daily schedule. Days in which Trevor and Alex were able to have fun and play with Daddy Felix while including time with little Felix Lauren and Allie.

    As adults, we know that children speak the truth. I have known Felix Cisneros for nearly 12 years now. From the very first time of dropping off my children to where we are now, which is pretty close to family. Having built relationships over the years and moments before or after work, he is an incredible individual to know. My children are in Felix's home and around his family five days a week. They love Daddy Felix so much! Speaking highly of him always, trusting his word, learning as little as pitching and tricks for my son, and his children teaching my daughter how to do a back-flip is so touching as a mother. There is no confusion here on what type of person Daddy Felix is. In the end, when my husband was not able to give a lot of time to the kids I always knew they had love and discipline from Felix himself. Right and wrong, homework, respect - all of which I did not have time for myself.

Thank you Your Honor,

*[signature]*

Lisa Collier

Gabriela Banuelos
230 E Grevillea Street
Ontario, CA 91761
909-975-1416
Gabrielabanuelos24@yahoo.com

July 18, 2022

Regarding: Felix Cisneros

To The Honorable Judge Klausner,

This letter is written by me, Gabriela Banuelos. It is with great enthusiasm that I'm writing this letter on behalf of Felix Cisneros. Mr. Cisneros and I have known each other for over 39 years and with great confidence, I am in the position to speak for Mr. Cisneros in a high manner. His morals and character have been displayed in the friend/family circle for a long period of time. We have been close family friends and have been a part of his journey growing up, from a young age to the man he is today. It has been a privilege witnessing his significant influence to my family as well as his own. I can confirm that Mr. Cisneros is a GREAT person and has always been kind and generous with others. He has a strong sense of duty and character, which has applied to his job, family and community. He also possesses a great deal of integrity and constantly strives to make sure he is doing the right thing. Mr. Cisneros has always been efficient and dedicated to the well-being of others and his family.

It is in my prayers that this letter, regarding Felix Cisneros, will act as a positive and contributing factor to his case. His influence, success, and role as a man has been one of the most inspiring things to witness as his family friend. If you may have further questions or concerns, I can be reached at 909-975-1416 or email gabrielabanuelos24@yahoo.com

Thank you in advance for considering my request

Sincerely,
Gabriela Banuelos

Dear Judge Klausner,

My name is Lizette Vargas, a woman related to Felix Cisneros who values education and family just as much as he does. I currently run my own Marketing Agency and have a Masters in Business Administration. When I am not working, my husband and I travel the world, sail the coast, and volunteer at St. Francis and St. Vincent de Paul homeless shelters.

Felix Cisneros is my Godfather and cousin-in-law. I have known him for over 25 years. At the age of 15, I chose Felix and Vero as my Godparents as both Felix and Vero exemplified values that I admired in a couple and as individuals. Felix, like his father, has always been a strong example to our family.

Felix has been a very STRONG contributor to our community. He has encouraged others to go to college and even more importantly he influenced his young brother in law, my cousin Cesar, to join the marines. Because of this pivot in Cesar's life and Felix as the example, Cesar has now gone onto serving our country and took a positive turn in his life. Cesar, Felix's brother in law, has also paid it forward and has now taken his opportunities and has encouraged his nephews to also follow in his footsteps. It all stems back to Felix. Without his advice and encouragement to our family, Cesar and others would not be where they are today. He has been a true leader. His father carries the same strong values and so did his mother when she was on this earth. His parents exemplified Felix to be the great person he is today. I recall Holidays where his parents would bring foster kids to our holiday celebration, always treating the children with so much love and care. Those behaviors are the same behaviors I have seen with Felix as a father.

Felix has raised three amazing and sweet children alongside his wife. His oldest, Felix Jr., is a Berkeley graduate. The first in our family to attend a highly accredited university. His daughters Alessandra and Lauren are both independent working young ladies that are very nurturing and loving to their patients and parents. His two children are pursuing their career in the nursing field. All three children are strong, intelligent and loving like their mother and father. I admire the Cisneros family collectively and independently. Felix's support has been a huge part of his children's success and he deserves to see them continue to blossom as he has been the biggest advocate of their journey. Vero deserves to have her highschool sweetheart by her side, because of him our family is all in a better place. We grew up in rough neighborhoods and it is through Felix's advice and example of having served our country that we are all in a better place.

Felix deserves compassion in sentencing. In times when we were struggling and going down the wrong path, he gave us advice that led us to a beautiful life with a second chance. He now deserves that level of support and compassion as well. Thank you, Your Honor for taking the time to learn about the TRUE characteristics of Felix Cisneros.

God Bless,

Lizette Andrea Vargas-Wilson, MBA
213.858.1529 | lvargas29@hotmail.com