# EXHIBIT B



# United States Department of Justice

## United States Attorney's Office
## Central District of California

*AUSA Michael J. Morse*  
*Phone: (213) 894-7367*  
*E-mail: Michael.Morse@usdoj.gov*

*1100 United States Courthouse*  
*312 North Spring Street*  
*Los Angeles, California 90012*

---

September 14, 2022

**VIA E-MAIL**

George Mgdesyan  
4529 Sherman Oaks Avenue  
Sherman Oaks, California 91403

Re:     **United States v. Felix Cisneros, Jr.**  
         CR No. 21-00051-RGK  
         Sentencing: September 19, 2022

Dear Mr. Mgdesyan

The government makes the following disclosures concerning witness ES:

On September 12, 2022, E.S. disclosed the following:

In early 2014, ES discussed with HM paying HM to take the California Bar Exam, posing as ES. He offered HM $20,000.00 per month to study for the bar. AK was present during these discussions. At some point, HM told ES that he (HM) was not comfortable taking the next upcoming bar exam (July 2014). Thus, ES and HM agreed HM would take the February 2015 bar exam, posing as ES. ES' recollection is that he paid HM to study for the bar, and ES, AK, and HM traveled to Sacramento in February 2015 where HM took the California Bar, posing as ES. AK was aware of this plan and helped in the planning process.

ES said that he enlisted the aid of HN to create a fictitious drivers license with ES' name and HM's likeness. HN did so. HM used that driver's license to take the California Bar in February 2015, posing as ES.

ES and HM discussed that during the fingerprinting process that occurs at the testing location, HM intentionally smeared his fingerprint. ES said that HM got at least one detail incorrect when filling out some autobiographical information in a testing location form.

George Mgdesyan
RE:  discovery in <u>U.S. v. Cisneros</u>, 21-00051-RGK
September 14, 2022
Page 2

When test results were released, and ES learned that HM had been successful on the test, ES bought HM a Rolex watch, which HM lost in Miami.  ES said that in May of 2016, when ES, AK and HM traveled to the Bay Area for ES to be sworn in, ES told AK and HM that this secret (that HM took the bar for ES) must die with the three men.  ES believed the only individuals who knew this information were ES, AK, and HM, although he is not sure if either man shared this information with anyone else.

ES further stated that ES engaged in credit card fraud with AK and ES.  Specifically, ES utilized merchant accounts controlled by HM and AK to charge credit cards obtained through identity theft.  ES would give AK and HM 20 percent of the profits.

ES also said that HM and AK were aware that ES was using the Pillar merchant accounts to run credit cards obtained via fraud.  When asked why he (ES) had previously told the trial team, as recently as September 11, 2022, that AK and HM had no knowledge that ES was using the Pillar merchant accounts to run credit cards obtained via identity theft, ES explained that he did not want to disclose AK or HM's criminal involvement because he was concerned that they would disclose that ES never truly passed the California Bar.  ES stated that he also wanted to protect AK and HM.

ES also stated that at Pillar Law Group, the partners misused client trust account funds by borrowing from the funds.

Further, ES stated that his primary concern and reason for not disclosing that HM took the California Bar posing as ES earlier was because he was concerned that his wife would find out that he did not truly pass the California Bar.

Attached, please find agent notes taken during the interview described above.


//

//

George Mgdesyan
RE:  discovery in U.S. v. Cisneros, 21-00051-RGK
September 14, 2022
Page 3


The government is amenable to a modest sentencing continuance, should you wish to seek one, in order for you to further consider this disclosure.

Please let me know if you have any questions, or would like to further discuss any of the matters raised above.

Very truly yours,

    /S/

RUTH C. PINKEL
MICHAEL J. MORSE
JUAN M. RODRIGUEZ
Assistant United States Attorneys
PUBLIC CORRUPTION AND CIVIL RIGHTS
AND GENERAL CRIMES SECTIONS

9/12/22

WebEx          7:05 pm
- DC
- MM: AUSA     8:55 pm
- ES
- BD, Atty
- M. Torbic

Henrik Mosesi
- 2014 passing BAR
- 20K/month to study for BAR
  - 7 months, about $140K
  - rolex when pass
    $12K: Classic Design
  - started July/Aug 2014
  - not comfortable taking BAR in July, but will study for Feb 2015
    - in Sacramento, results in May 2015

- ES used merchant acct to charge

9/12/22

- no $ was stolen from clients
- met Mike, about couple days, maybe week after met after text. Mike met ~~no~~ Mark he brought a people, cops but don't recall what city.
- talked about Felix C. arrest w/ BB
- texted BB on drop phone
  Hovhannes Nazaryan & DOB
- 3 checks
  - $1K back, twice
  - didn't give $ third time