## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | 2:21-cr-00051-RGK-1 | Date | November 21, 2022 |
|---|---|---|---|

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | n/a |

| Patricia Kim | Sheri Kleeger | Juan Rodriguez<br>Michael J. Morse |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Felix Cisneros | | X | X | George Mgdesyan, Retained | X | | X |

**Proceedings:**  **SENTENCING**

Court and counsel confer. Counsel present argument. The Court places findings on the record and proceeds with sentencing.

**SEE SEPARATE JUDGMENT AND COMMITMENT ORDER**.

**IT IS SO ORDERED.**

|  | : | 39 |
|---|---|---|
| Initials of Deputy Clerk | pk | |