E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MICHAEL J. MORSE (Cal. Bar No. 291763)
JUAN M. RODRIGUEZ (Cal. Bar No. 313284)
Assistant United States Attorneys
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-7367/0304
     Facsimile: (213) 894-7631
     E-mail:    michael.morse@usdoj.gov
                juan.rodriguez@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                 UNITED STATES DISTRICT COURT

             FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 21-51(A)-RGK |
|---|---|
|      Plaintiff, | [PROPOSED] ORDER TO DISMISS UNDERLYING INDICTMENT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) **[142]** |
|      v. | |
| FELIX CISNEROS, JR., | |
|      Defendant. | |

     The Court has read and considered the Government's Request to
Dismiss the underlying Indictment in the above-referenced case.  The
Court finds that there is good cause to dismiss the above-referenced
underlying Indictment (dkt. 1, filed February 16, 2021) in the
interests of justice.

//

//

//

//

1    Accordingly, IT IS HEREBY ORDERED that the underlying indictment

2  (dkt. 1) is dismissed in the interest of justice.

3

4    IT IS SO ORDERED.

5

6  **11/29/2022**

7  DATE                              HONORABLE R. GARY KLAUSNER
                                     UNITED STATES DISTRICT JUDGE
8  Presented by:

9  _____/s/_____

10 MICHAEL J. MORSE
   JUAN M. RODRIGUEZ
11 Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28