George G. Mgdesyan (SBN 225476)
MGDESYAN LAW FIRM
4529 Sherman Oaks Ave.
Sherman Oaks, CA  91403
Telephone: (818) 386-6777
Facsimile: (818) 754-6778
Email: George@Mgdesyanlaw.com

Attorneys for Defendant
FELIX CISNEROS, JR.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### —WESTERN DIVISION—

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 21-CR-51(A)-RGK |
| | ) |
| Plaintiff, | ) MOTION TO WITHDRAW AS |
| | ) COUNSEL OF RECORD AND |
| vs. | ) MOTION TO PROCEED *IN FORMA* |
| | ) *PAUPERIS* |
| FELIX CISNEROS, JR., | ) |
| | ) |
| Defendant. | ) HON. R. GARY KLAUSNER |
| | ) |

Defendant Felix Cisneros, Jr., by and through his counsel of record, George

G. Mgdesyan, hereby moves the court for withdrawal of retained counsel and to

proceed *in forma pauperis* in his pending appeal to the Ninth Circuit.

On November 21, 2022, the district court sentenced Mr. Cisneros to 121

months. This sentence consists of 85 months on Count 1, 121 months on Counts 2

through 28, and 36 months on each of Counts 29 and 30, all to be served

concurrently. Mr. Cisneros is currently in custody at the Metropolitan Detention Center, Los Angeles.

Defense counsel George G. Mgdesyan was retained to represent Mr. Cisneros through trial in the district court. Counsel was not retained to represent Mr. Cisneros in his appeal. Mr. Cisneros does not have sufficient funds to hire private counsel to represent him on appeal. The CJA 23 form will be submitted concurrently herewith. Therefore, Mr. Cisneros requests that undersigned counsel be allowed to withdraw from the pending appeal and further requests appointment counsel for appeal purposes.

In view of the foregoing, undersigned counsel requests to withdraw from the pending appeal and for appointment of counsel to represent Mr. Cisneros in the prosecution of the appeal.

Dated: December 5, 2022                    Respectfully Submitted,


/s/ *George G. Mgdesyan*
_____
GEORGE G. MGDESYAN
Attorney for Defendant
FELIX CISNEROS, JR.