| ✎CJA 23 | **FINANCIAL AFFIDAVIT** |
|---|---|
| Rev. 5/98 | IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE |

IN UNITED STATES   ☐ MAGISTRATE   ☐ DISTRICT   ☐ APPEALS COURT   or   ☐ OTHER PANEL (Specify below)

IN THE CASE

_____ V.S. _____

FOR _____

AT _____

LOCATION NUMBER
▶

PERSON REPRESENTED (Show your full name)
▶

| 1 | ☐ Defendant-Adult |
|---|---|
| 2 | ☐ Defendant - Juvenile |
| 3 | ☐ Appellant |
| 4 | ☐ Probation Violator |
| 5 | ☐ Parole Violator |
| 6 | ☐ Habeas Petitioner |
| 7 | ☐ 2255 Petitioner |
| 8 | ☐ Material Witness |
| 9 | ☐ Other |

DOCKET NUMBERS

Magistrate

District Court ▶

Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →)   ☐ Felony   ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOY-MENT**

Are you now employed?   ☐ Yes   ☐ No   ☐ Am Self-Employed

Name and address of employer: _____

IF YES, how much do you earn per month?   $ _____

IF NO, give month and year of last employment
How much did you earn per month? $ _____

If married is your Spouse employed?   ☐ Yes   ☐ No

IF YES, how much does your Spouse earn per month? $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?   ☐ Yes   ☐ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

RECEIVED          SOURCES
$ _____     _____
$ _____     _____
$ _____     _____

**CASH**

Have you any cash on hand or money in savings or checking accounts?   ☐ Yes   ☐ No   IF YES, state total amount $ _____

**PROP-ERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   ☐ Yes   ☐ No

IF YES, GIVE THE VALUE AND DESCRIBE IT

VALUE          DESCRIPTION
$ _____     _____
$ _____     _____
$ _____     _____
$ _____     _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☐ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents _____

List persons you actually support and your relationship to them
_____
_____
_____
_____

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | | $ _____ | $ _____ |
| | | $ _____ | $ _____ |
| | | $ _____ | $ _____ |
| | | $ _____ | $ _____ |

I certify under penalty of perjury that the foregoing is true and correct.   Executed on (date) _____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ _____