# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| Case No. | 2:21-cr-00051-RGK | Date | December 7, 2022 |
|---|---|---|---|
| Title | USA v. Felix Cisneros, Jr. | | |

**Present: The Honorable** R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Joseph Remigio (not present) | Not Reported | Ruth C. Pinkel |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorneys* |

| U.S.A. v. Cisneros | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| | | X | | George G. Mgdesyan | | | X |

**Proceedings:**     **(IN CHAMBERS) Order Re: Motion to Correct Sentence [DE 145]**

The Court clearly erred when it sentenced Defendant to 85 months on count I (conspiracy to commit bribery of a public official), exceeding the statutory maximum of 60 months. *See* 18 U.S.C. § 371. The Judgment and Probation/Commitment Order issued 14 days ago. (*See* ECF No. 141.) As such, the Court **GRANTS** the Government's motion to modify Defendant's sentence and imposes a sentence of 60 months as to count I, to be served concurrently. *See* Fed. R. Crim. P. 35(a) (permitting a court to "correct a sentence that resulted from . . . clear error" within 14 days after sentencing).

**IT IS SO ORDERED.**

_____ : _____
Initials of Preparer     JRE/k