✎ CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☒ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE: United States v.s. Felix Cisneros, Jr.
FOR: appeal from the judgement & commitment of D.C.
AT: Ninth Circuit Court of Appeals

LOCATION NUMBER: ▸

PERSON REPRESENTED (Show your full name): Felix Cisneros, Jr.

1 ☐ Defendant-Adult
2 ☐ Defendant - Juvenile
3 ☒ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate:
District Court: 2:21-CR-51(A)-RGK
Court of Appeals: 22-50296

CHARGE/OFFENSE (describe if applicable & check box →): ☒ Felony ☐ Misdemeanor
18 USC 371, 201, 1956 AND ; 26 USC 7206

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self-Employed
Name and address of employer: custody
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment: May 2022
How much did you earn per month? $ 5,325.75
If married is your Spouse employed? ☒ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ 2,350.35
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ _____

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No IF YES, state total amount $ 3,150.34

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No

| VALUE | DESCRIPTION |
|---|---|
| $ 814,700 | home |
| $ 155,000 | 7 vehicles |
| $ 220,000 | 401k savings |

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS:
☐ SINGLE
☒ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents: 4

List persons you actually support and your relationship to them:
Veronica Cisneros--wife
Lauren Cisneros--daughter
Alessandra Cisneros--daughter
Felix Cisneros III--son

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: Creditors | Total Debt | Monthly Paymt. |
|---|---|---|
| Home--Cabrillo Financial | $340,000 | $1,937.50 |
| Bills, insurances and other expenses | $ | $4,000.00 |
| credit cards and auto loans | $28,400 | $1,900 (min.) |
| Judgement--CDCA-21-CR-51(A)-RGK, dkt no. 118 | $133,000 | $ |

I certify under penalty of perjury that the foregoing is true and correct.
Executed on (date): December 2, 2022

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): /s/ Felix Cisneros, Jr.